IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                                  :
                                        :
CARMEN DAMIANI RIVERA,                  :     Case No. 07-03579 (GAC)
                                        :
        Debtor                          :     Chapter 13
_____:

## DECISION AND ORDER

The debtor filed a petition under Chapter 13 on June 27, 2007. The Court gave notice that the claims bar date was November 13, 2007. On February 26, 2008, Banco Popular de Puerto Rico ("BPPR") filed a motion requesting an extension of twenty days to file an unsecured proof of claim (dkt. #17). BPPR indicates that it was given notice of the claims bar date but due to excusable neglect, it failed to file a timely proof of claim.

Pursuant to Fed. R. Bankr. P. 3002(c), creditors are granted 90 days after the first date set for the meeting of creditors to file a proof of claim. The Court notified all scheduled creditors that the claims bar date was November 13, 2007. BPPR failed to file a timely proof of unsecured claim.

Pursuant to Fed.R.Bankr.P. 9006(b)(3), the court's discretion to enlarge the time to file a proof of claim in a Chapter 13 is limited to the conditions in Rule 3002. None of the conditions for enlargement found in Rule 3002 are satisfied here. Likewise, the Bankruptcy Appellate Panel for the First Circuit has specifically concluded that excusable neglect is not a basis for enlarging the

1

time to file a proof of unsecured claim in a Chapter 13 case.  <u>See</u>
<u>In re Aboody</u>, 223 B.R. 36 (B.A.P. 1st Cir. 1998).  Accordingly, the
Court concludes that BPPR's request to extend the time period for
filing an unsecured proof of claim must be denied.

ORDER

WHEREFORE IT IS ORDERED that Banco Popular de Puerto Rico's
motion requesting a twenty day extension of time to file an
unsecured proof of claim shall be, and it hereby is, DENIED.

SO ORDERED.

San Juan, Puerto Rico, this 19th day of March, 2008.


s/Gerardo A. Carlo

_____
GERARDO A. CARLO
Chief, U.S. Bankruptcy Judge